IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BORIS WOODARD and SUSAN WOODARD, as Surviving Parents of ANNA WOODARD, deceased; and BORIS WOODARD, individually, | ) ) ) ) | CIVIL ACTION FILE NO. 1:14-cv-03710-RWS |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| THOMAS C. DEMPSEY, | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' IDENTIFIED ACCOUNTING EXPERT JEAN-PASCAL GINGRAS

COMES NOW defendant Thomas C. Dempsey ("defendant"), by and through counsel, and, and respectfully moves the Court to exclude opinions of plaintiffs' identified accounting expert, Jean-Pascal Gingras, pursuant to Federal Rule of Evidence 702 and the Supreme Court's decision in Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993). In support of the instant motion, defendant relies on his memorandum of law in support, all materials attached to the instant motion, and the complete record in the above-styled case. For the reasons set forth in the accompanying memorandum of law, defendant respectfully requests that his motion be granted.

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

*/s/ Abby A. Vineyard*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com
Abby A. Vineyard
Georgia Bar No. 570288
avineyard@fmglaw.com

Attorneys for Defendant

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' IDENTIFIED ACCOUNTING EXPERT JEAN-PASCAL GINGRAS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

Michael L. Neff, Esq.
D. Dwayne Adams, Esq.
T. Shane Peagler, Esq.
Susan M. Cremer, Esq.
The Law Offices of Michael Lawson Neff, P.C.
945 E. Paces Ferry Road, NE
Suite 1770
Atlanta, Georgia 30326

This 2nd day of December, 2015.

/s/ Abby A. Vineyard
Abby A. Vineyard
Georgia Bar No. 570288
avineyard@fmglaw.com

Attorney for Defendant

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)